1  PANO STEPHENS (#42122)
   Attorney at Law
2  P. O. Box 1548
   Ukiah, CA 95482-1548
3  Telephone:  (707) 462-1996
   Facsimile:  (707) 462-1999
4  Email:  pano@saber.net

5  Attorney for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 WILLIAM J. BOWLER, JR.,             )     CV 09-05523 JCS
                                       )
12         Plaintiff,                  )     **STIPULATION FOR PURPOSES**
                                       )     **OF EXTENDING DATE FOR**
13      -vs-                           )     **SELECTION OF MEDIATOR**
                                       )     **AND MEDIATION DATE**
14 HOME DEPOT U.S.A., INC., dba        )
   THE HOME DEPOT, DOES 1 TO 10,       )
15                                     )
           Defendants.                 )
16 _____)

17

18      Plaintiff's counsel having been notified of his discharge as
19 attorney of record for plaintiff WILLIAM J. BOWLER, JR., and plaintiff
20 having requested that this current attorney of record seek an
21 extension of time for selecting the mediator and setting a mediation
22 date so that plaintiff can retain a new attorney, the parties hereby
23 stipulate that the date for reporting the selection of mediator and
24 setting mediation date be continued from March 12, 2010 to April 5,
25 2010.

26 DATED:    March 4, 2010          /s/ Pano Stephens
                                    PANO STEPHENS
27                                  Attorney for Plaintiff
                                       WILLIAM J. BOWLER
28

```
1  DATED:    March _____, 2010        JENKINS GOODMAN NEUMAN &
                                      HAMILTON LLP
2

3                                     By:/s/ Zachary S. Tolson
                                         ZACHARY S. TOLSON
4                                        Attorneys for Defendant
                                           HOME DEPOT U.S.A., INC.
5
```

Dated: March 5, 2010

**IT IS SO ORDERED**
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION FOR PURPOSES OF EXTENDING DATE FOR       CV 09-05523 JCS
SELECTION OF MEDIATOR AND MEDIATION DATE