```
PANO STEPHENS (#42122)
Attorney at Law
P. O. Box 1548
Ukiah, CA 95482-1548
Telephone:  (707) 462-1996
Facsimile:  (707) 462-1999
Email:  pano@saber.net
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWLER, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> HOME DEPOT U.S.A., INC., dba ) <br> THE HOME DEPOT, DOES 1 TO 10, ) <br> ) <br> Defendants. ) <br> _____) | CV 09-05523 JCS <br><br> **SUBSTITUTION OF ATTORNEY** |

WILLIAM J. BOWLER, JR. hereby substitutes himself in pro per as his attorney of record in this action in the place and stead of PANO STEPHENS.

The new address of record is 31050 Highway 101 North, Willits, CA 95490, the telephone number is (707) 459-0950.

DATED:   March 4, 2010                    /s/ William J. Bowler, Jr.
                                          WILLIAM J. BOWLER, JR.

The undersigned consents to the above substitution.

DATED:   March 4, 2010

                                          /s/ Pano Stephens
                                          PANO STEPHENS

1

SUBSTITUTION OF ATTORNEY                                        CV 09-05523 JCS

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and a resident of the County of Mendocino, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 201 North State Street, Ukiah, CA 95482. On this date I served a copy of the foregoing document by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Ukiah, California, addressed in the manner immediately below this declaration to the last known address of the attorneys for defendant herein.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 4, 2010 at Ukiah, California.

/s/ Sheila Holland

Joshua S. Goodman, Esq.
Zachary S. Tolson, Esq.
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

Dated: March 5, 2010



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA