Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California  95811
Telephone (916) 447-8400
Facsimile (916) 447-0720

Attorney for Plaintiff,
William J. Bowler, Jr.

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWLER, JR. | Case No. CV-09-05523 JCS |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY; ORDER THEREON** |
| HOME DEPOT U.S.A., INC. dba THE HOME DEPOT | |
| Defendants. | |

PLAINTIFF WILLIAM J. BOWLER herewith gives notice of this SUBSTITUTION OF
ATTORNEY, and hereby substitutes Herman Franck, Esq. [SBN 123476] and FRANCK &
ASSOCIATES as his counsel of record, in place of and instead of himself.

Substitution Accepted: _William Bowler_    Dated: March 11, 2010
William Bowler

Substitution Accepted: _____    Dated: March 11, 2010
Herman Franck

The new address of record is:

Franck & Associates
1801 7th Street, Suite 150
Sacramento, California 95811
T. (916) 447-8400
F. (916) 447-0720

SUBSTITUTION OF ATTORNEY

2

ORDER

The Court accepts the forgoing SUBSTITUTION OF COUNSEL

SO ORDERED:

Dated:  3/12/10

_____
Joseph C. Spero
United States Magistrate Judge