JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:    (415) 705-0400
Facsimile:     (415) 705-0411
jgoodman@jgn.com
ztolson@jgn.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. BOWLER, JR.,<br><br>               Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.,<br>dba THE HOME DEPOT, DOES 1 to 10,<br><br>               Defendants. | Case No. Case No. C09-05523 JCS<br><br>**JOINT LETTER REGARDING MEDIATION** |

Pursuant to the Court's "Order After Hearing," dated February 26, 2010, and the March 5, 2010 deadline extension, the parties hereby submit this joint letter to inform the Court that the parties have agreed to private mediation on May 26, 2010 using Judge Raul Ramirez (Ret.) at ADR Services, Inc.

DATED: April 5, 2010                    JENKINS GOODMAN NEUMAN &
                                        HAMILTON LLP

                              By:       */s/ Zachary S. Tolson*
                                        ZACHARY S. TOLSON
                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC.

DATED: April 5, 2010                    FRANCK & ASSOCIATES

                                        */s/ Herman Franck/*
Dated: April 7, 2010                    HERMAN FRANCK
                                        Attorneys for Plaintiff
                                        WILLIAM J. BOWLER, JR.

IT IS SO ORDERED
Judge Joseph C. Spero

-1-

JOINT LETTER REGARDING SELECTION OF
MEDIATOR AND MEDIATION DATE

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St., 10th Fl.
San Francisco, CA 94104
Telephone: (415) 705-0400