Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California 95811
Telephone (916) 447-8400
Facsimile (916) 447-0720

Attorney for Plaintiff
William J. Bowler, Jr.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWLER, JR. | Case No. CV-09-05523 JCS |
| Plaintiff, | |
| vs. | STIPULATION TO STRIKE WORDING RE INJUNCTIVE RELIEF IN PLAINTIFF'S FIRST AMENDED COMPLAINT; ORDER THEREON |
| HOME DEPOT U.S.A., INC. dba THE HOME DEPOT | |
| Defendants. | |

Having reviewed the contents of plaintiff's First Amended Complaint, filed on September 21, 2010, the parties noted that the language in several portions did not conform to the court's order granting in part leave to file the first amended complaint.

This nonconformity occurred with respect to the plaintiff's request for injunctive relief in paragraphs 10 and 23 of the First Amended Complaint regarding requesting injunctive relief at "…The Home Depot Store in Ukiah and elsewhere." [First Amended Complaint, page 4, para. 10, lines 14-15; page 8, para. 23, lines 3-4].

1. Accordingly, the parties stipulate to the following changes in the language of the First Amended Complaint.

   1. Page, 4, para 10, lines 14-15 to now read: "…at the Home Depot Store in Ukiah and Windsor, CA."

   2. Page, 8, para 23, lines 3-4 to now read: "…at the Home Depot Store in Ukiah and Windsor, CA."

SO STIPULATED:

*[signature]*

Herman Franck, Esq.
Elizabeth Vogel, Esq.
Franck & Associates
Attorneys for Plaintiff William Bowler

Date: October 15, 2010

*[signature]*

Zachary Tolson
Jenkins, Goodman et. al.
Attorneys for Defendant Home Depot

Date: October 14, 2010

# ORDER

Having reviewed the foregoing, the Court ACCEPTS and GRANTS the parties' Stipulation to correct the language of the First Amended Complaint.

It is hereby ORDERED:

1. Page, 4, para 10, lines 14-15 is to now read: "...at the Home Depot Store in Ukiah and Windsor, CA."

2. Page, 8, para 23, lines 3-4 is to now read: "...at the Home Depot Store in Ukiah and Windsor, CA."

SO ORDERED



_____
Joseph C. Spero
United States District Court Judge

Dated: 10/15/10