UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWLER, JR.,<br><br>        Plaintiff,<br><br>  v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>        Defendant.<br>_____/ | No. C-09-5523 JCS (EMC)<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 62)** |

      Defendant HOME DEPOT U.S.A., INC. filed on November 29, 2010 its request to appear telephonically at the settlement conference scheduled for December 13, 2010. Plaintiff filed its opposition on December 2, 2010.

      Upon consideration of the request, the Court **DENIES** Defendant's request for telephonic appearance at the settlement conference. Therefore, it is hereby ordered that Defendant HOME DEPOT U.S.A., INC. appear at the settlement conference in person scheduled on December 13, 2010.

      All provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect (*see* Docket No. 48).

      This order disposes of Docket No. 62.

      IT IS SO ORDERED.

Dated: December 2, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge