JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| WILLIAM J. BOWLER, JR., <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., dba THE HOME DEPOT, DOES 1 to 10, <br><br> Defendants. | Case No. C09-05523 JCS <br><br> [~~PROPOSED~~] ORDER RE CONTINUING THE SETTLEMENT CONFERENCE <br><br> MSC: December 13, 2010 (EMC) at 10:00 a.m. <br> CMC: December 17, 2010 (JS) at 10:30 a.m. |

## ORDER

It is hereby Ordered that the mandatory settlement conference currently set for December 13, 2010 before Judge Chen be continued to a date convenient to Judge Chen and the parties after February 7, 2011.

~~It is further Ordered that the case management conference currently set for December 17, 2010 be continued to _____.~~

Dated: December 8, 2010

By: _____
HON. _____
UNITED STATES DISTRICT JUDGE
Judge Joseph C. Spero

-1-
ORDER CONTINUING THE SETTLEMENT CONFERENCE
AND CASE MANAGEMENT CONFERENCE