Herman Franck, Esq. (SBN. 123476)
Elizabeth Vogel Betowski, Esq. (SBN. 245772)
**FRANCK & ASSOCIATES**
1801 7th Street, Suite 150
Sacramento, California 95811
Telephone (916) 447-8400
Facsimile (916) 447-0720

*Attorney for Plaintiff William J. Bowler, Jr.*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. BOWLER, JR. | Case No. CV-09-05523-JCS |
| Plaintiff, | |
| vs. | **REQUEST FOR DISMISSAL** |
| HOME DEPOT U.S.A., INC. dba THE HOME DEPOT | **[F.R.C.P. Rule 41(a)]** |
| Defendants. | |

Plaintiff William Bowler herewith submits this Request for Dismissal per F.R.C.P. Rule 41(a).

The parties have settled the matter, all the terms of the settlement have been performed, and this dismissal is made with prejudice.

  //s// Herman Franck_____                                     Date: August 30, 2011
Herman Franck, Esq.
Franck & Associates
Attorney for Plaintiff William Bowler

**Request for Dismissal**                                                                                                          1

1  SO ORDERED:
2
3
4  _____                    Dated: 10/18/11
   Hon. Joseph C.
5  United States
6
...
25